IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | § § § | No. 137, 2014 |
| Intervenor Below, Appellant, | § § § | |
| | § | Court Below - Superior Court |
| v. | § § | of the State of Delaware, in and for New Castle County |
| WILLIAM T. SCHWEIZER, MICHAEL J. LEWIS, and PATRICIA A. SCHWEIZER, | § § § § | Cr. No. N13C-07-239 |
| Plaintiffs Below, Appellees. | § § § | |

Submitted: February 18, 2015
Decided: February 19, 2015

Before **STRINE**, Chief Justice, **HOLLAND, VALIHURA, VAUGHN**, Justices, and **GLASSCOCK**, Vice-Chancellor.

## O R D E R

This 19th day of February, 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its bench ruling of February 27, 2014 and its written Order of the same date;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the

Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice